1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | | |
|---|---|---|
| GARY WARREN HACKER, | ) | Case No. 2:20-cv-00371-TLN-DMC |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | ) ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) | Judge:   Troy L. Nunley Ctrm:   2, 15th floor |
| Defendant. | ) ) ) | Complaint Filed:   February 18, 2020 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-00371-TLN-DMC, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  August 5, 2020

_____
Troy L. Nunley
United States District Judge